USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
D: AUG 2[?] 2[?]

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DARA L. WEISS
Senior Counsel
E-mail: daweiss@law.nyc.gov
Phone: (212)676-1307
Fax: (212) 788-9776

August 21, 2008

**MEMO ENDORSED**

BY FACSIMILE (212) 805-7906
The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Teal Kitt v. The City of New York, et al., 08-CV-6607 (DC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York. In furtherance of my letter of August 18, 2008 requesting a sixty-day enlargement of time, from August 20, 2008, to October 20, 2008, within which the City may answer or otherwise respond to the complaint, plaintiff's attorney, Michael B. Ronemus, has consented to this request.

Thank you for your consideration in this regard.

Respectfully submitted,

Dara L. Weiss (MKG)

Dara L. Weiss
Assistant Corporation Counsel

cc:   Michael B. Ronemus, Esq. (via facsimile 212-686-2490)

SO ORDERED: 8/22/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE