USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|10|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

TEAL KITT,                            :

             Plaintiff,    :

      - against -                   :

THE CITY OF NEW YORK et al.,          :

             Defendants.   :

- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 6607 (DC)

**CHIN, District Judge**

       It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:   New York, New York
        August 10, 2009

                                 DENNY CHIN
                                 United States District Judge